# EXHIBIT D

# Electronic Articles of Organization For Florida Limited Liability Company

L25000198803
FILED 8:00 AM
April 28, 2025
Sec. Of State
kcostello

## Article I

The name of the Limited Liability Company is:

STERIVALVES LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

9 OLD KINGS ROAD
123
PALM COAST, FL. 32137

The mailing address of the Limited Liability Company is:

9 OLD KINGS ROAD
123
PALM COAST, FL. 32137

## Article III

The name and Florida street address of the registered agent is:

ANNA IANNIELLO
9 OLD KINGS ROAD
123
PALM COAST, FL. 32137

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: ANNA IANNIELLO

L25000198803
FILED 8:00 AM
April 28, 2025
Sec. Of State
kcostello

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
ANNA M IANNIELLO
9 OLD KINGS ROAD
PALM COAST, FL. 32137

## Article V

The effective date for this Limited Liability Company shall be:

04/24/2025

Signature of member or an authorized representative

Electronic Signature: ANNA IANNIELLO

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.