# EXHIBIT E

L25000198803

# Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H25000175599 3)))

H250001755993ABC4

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
Division of Corporations
Fax Number : (850)617-6383

From:
Account Name : REGISTERED AGENTS INC.
Account Number : 120090000081
Phone : (307)200-2803
Fax Number : (813)436-5206

FILED
2025 MAY 14 PM 3:04
TALLAHASSEE, FLORIDA

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address:

RECEIVED
2025 MAY 14 AM 11:17
DIVISION OF CORPORATIONS

## LLC AMND/RESTATE/CORRECT OR M/MG RESIGN
## STERIVALVES LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $25.00 |

Electronic Filing Menu Corporate Filing Menu Help

# ARTICLES OF AMENDMENT TO ARTICLES OF ORGANIZATION OF

FILED

2025 MAY 14 PM 3: 04

TALLAHASSEE, FLORIDA

STERIVALVES LLC

(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 04/28/2025 and assigned Florida document number L25000198803.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

________________________________________

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

***(Principal office address MUST BE A STREET ADDRESS)***

**Enter new mailing address, if applicable:**

***(Mailing address MAY BE A POST OFFICE BOX)***

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: Registered Agents Inc

New Registered Office Address: 7901 4th St N STE 300
*Enter Florida street address*

St. Petersburg, Florida 33702
*City* *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

David Roberts

If Changing Registered Agent, Signature of New Registered Agent

If amending Authorized Person(s) authorized to manage, enter the title, name, and address of each person being added or removed from our records:

MGR = Manager
AMBR = Authorized Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGR | IANNIELLO, ANNA M | 9 OLD KINGS ROAD | ☐ Add |
| | | PALM COAST, FL 32137 | ☑ Remove |
| | | | ☐ Change |
| MGR | INOXFLOW LLC | 9 OLD KINGS ROAD | ☑ Add |
| | | PALM COAST, FL 32137 | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

FILED
2025 MAY 14 PM 3:04
TALLAHASSEE, FLORIDA

**E. Effective date, if other than the date of filing:** ______________________ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12.01 a.m. on the earlier of: (b) The 90th day after the record is filed.

Dated 05/14, 2025.

Robin Jones
Signature of a member or authorized representative of a member

Robin Jones
Typed or printed name of signee

**Filing Fee: $25.00**