# EXHIBIT F

1501 Yamato Rd. Boca Raton, FL.
(954) 737 - 4233

INOXFLOW



Machined from solid 316L stainless steel

# SANITARY VALVES FOR PHARMA, FOOD & CHEMICAL POWDER HANDLING

SEE PRODUCT LINE






# BUTTERFLY VALVES




**IMPELLER/ROTARY**




VACUUM



LUMPBREAKER




## DOSING




SAMPLING

# QUALITY PRODUCTS, QUALITY TEAM

*Our team brings hands-on experience from some of the world's most demanding processing environments*

## QUALITY GUARANTEED



## MACHINING PROCESS

Each valve is precision-machined from European solid stainless steel, delivering unmatched durability, hygienic performance, and long-term reliability for food, pharmaceutical, and chemical applications.

*READ MORE*

## OUR TECHNOLOGY



## Since 2004
## Premier Italian manufacturer

Based in Lucca, Italy, a region renowned for engineering excellence and top-quality materials, Valve Engineering brings over 25 years of expertise to the pharmaceutical, fine chemical, food, and cosmetics industries.

READ MORE

VALVE ENGINEERING

## INDUSTRIES SERVED



**FOOD**




## PHARMACEUTICAL



## COSMETICS



PACKAGING



INDUSTRIAL



NUCLEAR

# FREQUENTLY ASKED QUESTIONS

What does InoxFlow specialize in?

What industries does InoxFlow serve?

What makes InoxFlow valves different from other sanitary valve suppliers?

What types of sanitary valves does InoxFlow offer?

Do you offer rotary valves, impeller valves, and lump breakers?

What is the difference between a machined valve and a cast valve?

Why are machined stainless steel valves better for sanitary applications?

Can InoxFlow valves be customized?

Can InoxFlow design valves for space or height constraints?

Do you provide custom connections such as Tri-Clamp, ANSI, or DIN flanges?

## EXPLORE MORE

### TABLET VALVE




### *INTERCEPTION*

### ROTARY VALVE




### *FEEDING*

## QUICK LINKS

About Us
Product Line
Case Studies
Blog
Contact Us

## CONTACT

*InoxFlow LLC*

1501 Yamato Rd.
Boca Raton, FL.
33431. USA
sales@inoxflow.com

© 2026 InoxFlow LLC All rights reserved | Developed by Ianniello Group | Privacy Policy | Cookie Policy | Terms and Conditions