AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

INOVINOX USA, LLC

*Plaintiff(s)*

v.

ANNA MARIA IANNIELLO; SARA IANNIELLO and INOXFLOW LLC

*Defendant(s)*

Civil Action No. 26-cv-27652-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANNA MARIA IANNIELLO
3047 SW 21 Street
Miami, FL 333145-2311
Miami-Dade County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

INOVINOX USA, LLC
BARAKAT + BOSSA, PLLC
Attorneys for Plaintiff
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: 10/29/2026

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| INOVINOX USA, LLC<br>*Plaintiff(s)*<br>v.<br>ANNA MARIA IANNIELLO; SARA IANNIELLO and INOXFLOW LLC<br>*Defendant(s)* | Civil Action No. 26-cv-27652-DPG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SARA IANNIELLO
2036 Sharon ST
Boca Raton, FL 33486-3135
Palm Beach County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
INOVINOX USA, LLC
BARAKAT + BOSSA, PLLC
Attorneys for Plaintiff
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 10/29/2026

Angela E. Noble
Clerk of Court

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

INOVINOX USA, LLC

*Plaintiff(s)*

v.

ANNA MARIA IANNIELLO; SARA IANNIELLO and INOXFLOW LLC

*Defendant(s)*

Civil Action No. 26-cv-27652-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INOXFLOW LLC
1501 Yamato Rd. 200
Boca Raton, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: INOVINOX USA, LLC
BARAKAT + BOSSA, PLLC
Attorneys for Plaintiff
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: 10/29/2026

***s/ K. Riles***

Deputy Clerk
U.S. District Courts