# RETURN OF SERVICE

**State of Florida** **County of** **Southern District Court**

Case Number: 26-CV-27652

Plaintiff:
**INOVINOX USA, LLC**

vs.

Defendant:
**ANNA MARIA IANNIELLO; SARA IANNIELLO AND INOXFLOW LLC**

For:
S. Zalman Kass

Received by DLE Process Servers, Inc on the 2nd day of November, 2026 at 10:04 am to be served on **Sara Ianniello, 2036 Sharon St, Boca Raton, FL 33486**.

I, Michael Rossini, do hereby affirm that on the **7th day of November, 2026** at **12:39 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Action, Complaint, Exhibits.** with the date and hour of service endorsed thereon by me, to: **Ines Milane** as **Mother/Co-Resident** at the address of: **2036 Sharon St, Boca Raton, FL 33486**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
11/4/2026 9:10 am Attempted service at 2036 Sharon St, Boca Raton, FL 33486. No answer at residence, attempted ring doorbell several times and no communication. Two cars in the driveway one was a Honda plate number 35A - GJI ,
Second vehicle was a sorrento, plate number 05F-TIB

**Description** of Person Served: Age: 54, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 155, Hair: Black, Glasses: -

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Michael Rossini**
CPS 3117

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2026084313
Ref: 59519 03

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

DELIVERED 11/7/2026 12:39 PM
SERVER MR
LICENSE CPS 3117



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

INOVINOX USA, LLC

*Plaintiff(s)*

v.

ANNA MARIA IANNIELLO; SARA IANNIELLO and INOXFLOW LLC

*Defendant(s)*

Civil Action No. 26-cv-27652-DPG

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SARA IANNIELLO
2036 Sharon ST
Boca Raton, FL 33486-3135
Palm Beach County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: INOVINOX USA, LLC
BARAKAT + BOSSA, PLLC
Attorneys for Plaintiff
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: 10/29/2026

s/ K. Riles

Deputy Clerk
U.S. District Courts