# RETURN OF SERVICE

**State of Florida** **County of** **Southern District Court**

Case Number: 26-CV-27652

Plaintiff:
**INOVINOX USA, LLC**

vs.

Defendant:
**ANNA MARIA IANNIELLO; SARA IANNIELLO AND INOXFLOW LLC**

For:
S. Zalman Kass

Received by DLE Process Servers, Inc on the 2nd day of November, 2026 at 10:04 am to be served on **INOXFLOW LLC, 1501 Yamato Rd, 200, Boca Raton, FL 33431**.

I, Daniel Velazquez, do hereby affirm that on the **4th day of November, 2026** at **2:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint, Exhibits.** with the date and hour of service endorsed thereon by me, to: **Cathy Hull** as **Office Manager** for **INOXFLOW LLC**, at the address of: **1501 Yamato Rd, 200, Boca Raton, FL 33431**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Daniel Velazquez**
#0100

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2026084311
Ref: 59519 02

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

DELIVERED 11/4/2026 2:30 PM
SERVER DV
LICENSE #0100



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

INOVINOX USA, LLC

*Plaintiff(s)*

v.

ANNA MARIA IANNIELLO; SARA IANNIELLO and INOXFLOW LLC

*Defendant(s)*

Civil Action No. 26-cv-27652-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INOXFLOW LLC
1501 Yamato Rd. 200
Boca Raton, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: INOVINOX USA, LLC
BARAKAT + BOSSA, PLLC
Attorneys for Plaintiff
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/29/2026

Angela E. Noble
Clerk of Court

SUMMONS

*s/ K. Riles*

Deputy Clerk
U.S. District Courts